PD-0133-15

Cause No. 11-14-00062-CR

Thomas Edgar Lee, Jr.                    ●          In the Court of
              V.                          ●          Criminal Appeals
The State of Texas                       ●          of Texas.

PRO SE MOTION FOR EXTENSION OF
TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes now, the appellant / petitioner in the above styled and numbered cause and respectfully moves this Honorable Court to extend the time for filing the appellant's petition for discretionary review in this cause and in support thereof would show to the Court the following:

FILED IN
COURT OF CRIMINAL APPEALS
FEB 06 2015
Abel Acosta, Clerk

1.) The style and number of this Court of Appeals is: Thomas Edgar Lee, Jr. V. The State of Texas, Appeal no. 11-14-00062-CR.

2) The style and number of this case in the Trial Court is: The State of Texas V. Thomas Edgar Lee, Jr. Cause no. 14980, from the 29th District Court of Palo Pinto County

3.) The appellant was convicted of the felony offense of aggravated sexual assult of a child.

4.) Judgment was entered on March 5, 2014 and punishment was assessed at 99 years confinement and a fine in the amount of $ 10,000.

5.) The conviction was affirmed in the Eleventh Court of Appeals on January 8, 2015.

1.

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 02 2015

Abel Acosta, Clerk

6.) The deadline for filing the appellant's petition for discretionary review in this cause is Febuary 7, 2015.

7.) An extension of time for a period of sixty (60) days is requested that would make the due date April 7, 2015.

8.) No prior request for an extension of time has been made.

9.) The facts relied upon to show good cause for the requested extension are as follows: The appellant was represented by court appointed counsel during appeal of this case to the Eleventh Court of Appeals. The conviction was affirmed. The trial court refused to appoint counsel to file a petition for discretionary review. Therefore, additional time is needed for the appellant to either prepare and file the petition Pro Se or seek legal assistance in filing the petition.

Wherefore, Premises Considered, the appellant / petitioner respectfully request that this Honorable Court extend time for filing the petition for discretionary review in this cause to April 7, 2015.

Respectfully submitted,

Thomas Edgar Lee, Jr.
PRO SE
TDCJ No. 1916604
Berry Telford Unit
3899 State Hwy 98
New Boston, Tx. 75570

CC: file PSW 1-1

2.

## Unsworn Declaration

'I Thomas Edgar Lee, Jr. TDCJ No. 1916604, being presently incarcerated in the Berry Telford Unit, TDCJ-ID at Bowie County, Texas verify and declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed on this 26th day of January 2015.

Thomas E L Jr
Thomas Edgar Lee, Jr.
Pro Se.

## Certificate of Service

The appellant / petitioner hereby certifies that a true and correct copy of the foregoing motion has been mailed to the office of the District Attorney, Michael Burns, Palo Pinto County, Texas, mailed via U.S. mail to the State prosecuting attorney at P.O. Box 340 Palo Pinto, Texas 76484 on the 26th day of January 2015.